

| | | | |
|---|---|---|---|
| Com. v. Barbour [45] | 260 WDA 2015 Reversed and Remanded | 07/22/2016 | CP–63–CR–0001701– 2003 CP–63–CR–0002018– 2003 (Washington) |
| Heddleston v. Obstetrical and Gynecological [46] | 443 WDA 2015 Reversed and Remanded | 07/22/2016 | GD12–10765 (Allegheny) |
| Heddleston v. Obstetrical and Gynecological [47] | 471 WDA 2015 Reversed and Remanded | 07/22/2016 | GD 12–10765 (Allegheny) |
| Heddleston v. Obstetrical and Gynecological [48] | 490 WDA 2015 Reversed and Remanded | 07/22/2016 | G.D. 12–10765 (Allegheny) |
| Com. v. Gant | 596 WDA 2015 Affirmed and Remanded | 07/22/2016 | CP–56–CR–0000020– 2014 CP–56–CR–0000021– 2014 (Somerset) |
| Com. v. Gant | 603 WDA 2015 Affirmed and Remanded | 07/22/2016 | CP–56–CR–0000020– 2014 CP–56–CR–0000021– 2014 (Somerset) |
| Com. v. Saltsman | 1719 WDA 2015 Affirmed and Reversed | 07/22/2016 | CP–42–CR–0000143– 2015 (McKean) |
| In re Adoption of J.S.W.; Appeal of R.W. | 255 WDA 2016 Affirmed | 07/22/2016 | CP–02–AP–0000113– 2015 (Allegheny) |
| Com. v. Ortiz | 2208 EDA 2014 Affirmed | 07/25/2016 | CP–51–CR–0013131– 2009 (Philadelphia) |
| Com. v. Robinson | 3369 EDA 2014 Quashed | 07/25/2016 | CP–45–CR–0002139– 2013 (Monroe) |
| Com. v. Spann [49] | 1314 EDA 2015 Affirmed | 07/25/2016 | CP–51–CR–0011532– 2013 (Philadelphia) |
| Oliver v. Irvello | 2745 EDA 2015 Quashed | 07/25/2016 | August Term, 2013, No. 1916 (Philadelphia) |
| Com. v. Dimatteo [50] | 2820 EDA 2015 Reversed, Vacated and Remanded | 07/25/2016 | CP–15–CR–0004033– 2011 (Chester) |

45. Petition for reargument denied September 29, 2016.
46. Petition for reargument denied September 30, 2016.
47. Petition for reargument denied September 30, 2016.
48. Petition for reargument denied September 30, 2016.
49. Petition for reargument denied September 30, 2016.
50. Petition for reargument denied September 22, 2016.